

# Fourth Court of Appeals
## San Antonio, Texas

March 11, 2020

No. 04-20-00101-CR

**IN RE** Bryan Keith **CRUM**

Original Mandamus Proceeding[1]

**ORDER**

On March 2, 2020, relator filed a petition for writ of mandamus, a motion for leave to file his petition for writ of mandamus, and a request for findings of fact and conclusions of law. We deny as moot relator's request to file a petition for writ of mandamus and we deny relator's request for findings of fact and conclusions of law. We dismiss this original proceeding for want of jurisdiction.

It is so **ORDERED** on March 11, 2020.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of March, 2020.

_Michael A. Cruz_
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. B10-826, styled *The State of Texas v. Bryan Keith Crum*, pending in the 198th Judicial District Court, Kerr County, Texas, the Honorable Rex Emerson presiding.